THE PEOPLE OF THE STATE OF NEW YORK ex rel. VAN
RENSSELAER ESTATES, INC., Respondent, and BEN B.
HOFSTADTER, as Trustee under a Trust Mortgage,
Appellant and Respondent, v. HENRY M. GOLDFOGLE et al.,
as Commissioners of Taxes and Assessments of the City
of New York, Respondents and Appellants. (Taxes for
1925–1931.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEN B.
HOFSTADTER, as Trustee under a Trust Mortgage, Appel-
lant and Respondent, v. JAMES J. SEXTON et al., as
Commissioners of Taxes and Assessments of the City of
New York, Respondents and Appellants. (Taxes for
1932, 1933, 1935–1938, and First Half of 1939.)

Argued January 9, 1941; decided February 27, 1941.

*Cloyd Laporte* and *Rupert Warren* for Ben B. Hofstadter, relator, appellant and respondent.

*William C. Chanler, Corporation Counsel* (*Hyman W. Kehl, Arthur A. Segall* and *Irving Lew* of counsel), for defendants, respondents and appellants.

*Bela Darwin Eisler* for Van Rensselaer Estates, Inc., relator, respondent.

Order of Appellate Division in so far as appealed from by defendants affirmed, with costs to relator-appellant; and in so far as appealed from by the relator order of the Appellate Division reversed and the proceeding remitted to Special Term to proceed in accordance with the ruling in

*People ex rel. Manhattan Square Beresford, Inc.,* v. *Sexton* (284 N. Y. 145), with costs in all courts to the relator-appellant. The court was not justified in finding a valuation of the building for the year 1931 and subsequent years higher than the reproduction cost thereof less depreciation as shown by the evidence, in the absence of extraordinary circumstances not present here. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.